J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and John W. Smith, Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

## PER CURIAM.

Decision of the Tax Court of the United States affirmed and petition to review dismissed without costs to either party in this Court, on authority of decision in No. 12963, Oberwinder v. Commissioner of Internal Revenue, 8 Cir., 147 F.2d 255, on joint motion of counsel for respective parties.

### Michael FERCH, Appellant, v. LINCOLN NATIONAL LIFE INSURANCE COMPANY, a Corporation.

### No. 13095.

Circuit Court of Appeals, Eighth Circuit.

July 25, 1945.

Lyche & Lyche, of Grand Forks, N. D., and B. H. Bowler and Edward P. Totten, both of Minneapolis, Minn., for appellant.

Nilles, Oehlert & Nilles, of Fargo, N. D., for appellee.

## PER CURIAM.

Appeal from District Court dismissed with prejudice, at costs of appellant, on stipulation of parties.

### GREAT NORTHERN LIFE INSURANCE COMPANY, a Corporation, v. Jess G. READ.

### No. 3114.

Circuit Court of Appeals, Tenth Circuit.

July 24, 1945.

John A. Johnson and Henry S. Griffing, both of Oklahoma City, Okl., for appellant.

Randell S. Cobb, Atty. Gen., of Oklahoma, Fred Hansen, 1st Asst. Atty. Gen.,

of Oklahoma, and Leonard H. Savage, of Oklahoma City, Okl., for appellee.

Before PHILLIPS and MURRAH, Circuit Judges.

## PER CURIAM.

Appeal dismissed on motion of appellant.

### John Jay JOHNS, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.

### No. 12969.

Circuit Court of Appeals, Eighth Circuit.

July 10, 1945.

Stanley S. Waite, of St. Louis, Mo., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and John W. Smith, Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

## PER CURIAM.

Decision of the Tax Court of the United States affirmed and petition to review dismissed without costs to either party in this Court, on authority of decision in No. 12963, Oberwinder v. Commissioner of Internal Revenue, 8 Cir., 147 F.2d 255, on joint motion of counsel for respective parties.

### Roland KREBS, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.

### No. 12965.

Circuit Court of Appeals, Eighth Circuit.

July 10, 1945.

Stanley S. Waite, of St. Louis, Mo., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and John W. Smith,